# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| COREY ELLINGTON<br>530 NORWOOD STREET<br>EAST ORANGE, NJ 07018,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC<br>1661 WORTHINGTON ROAD SUITE 100<br>WEST PALM BEACH, FL 33409,<br><br>Defendant. | Civil Action No. 2:17-cv-01391-JMV-MF |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Corey Ellington, and Defendant, Ocwen Loan Servicing, LLC, hereby stipulate to dismiss this action, with prejudice, with Plaintiff and Defendant to bear their own attorney's fees, costs, and expenses.

Dated: April 26, 2018

_____
Corey Ellington
530 Norwood Street
East Orange, New Jersey 07018
Telephone: (973) 789-6002
Facsimile: (888) 810-9599

*Plaintiff*

_____
Robert A. Rich
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166-0005
Telephone: (212) 309-1132

*Counsel for Defendant Ocwen Loan Servicing, LLC*

So Ordered.

_____
John Michael Vazquez, U.S.D.J.

Date: 5/7/18